ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UUNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:21-cr-164-Y |
| HYUN JI MARTIN (01) | |

## INDICTMENT

The Grand Jury Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(C)))

Beginning no later than on or around March 23, 2020, and continuing into and including June 3, 2021, in the Fort Worth Division of the Northern District of Texas, **Hyun Ji Martin**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute Gamma-Hydroxybutyric Acid (GHB), a Schedule I controlled substance.

**Indictment – Page 1**

In violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(C)).

A TRUE BILL.

*Natalie Wilson*
FOREPERSON

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

*Douglas A. Allen*
for ROBERT J. BOUDREAU
Assistant United States Attorney
New York State Bar No. 4686507
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

HYUN JI MARTIN (01)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(C))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
1 Count

A true bill rendered

DALLAS                                                                                       FOREPERSON

Filed in open court this 22nd day of June, 2021.

**Defendant on Pretrial Release**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:21-MJ-402-BJ