# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | Case Number: 4:21-CR-164-Y(1) |
| | Robert J. Boudreau, assistant U.S. attorney |
| HYUN JI MARTIN | Mark R. Danielson, attorney for the defendant |

On August 11, 2021, the defendant, Hyun Ji Martin, entered a plea of guilty to count one of the one-count indictment. Accordingly, the defendant is adjudged guilty of such count, which involves the following offense:

| **TITLE & SECTION** | **NATURE OF OFFENSE** | **OFFENSE CONCLUDED** | **COUNT** |
|---|---|---|---|
| 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(C)) | Conspiracy to Possess with Intent to Distribute a Controlled Substance | June 3, 2021 | 1 |

The defendant is sentenced as provided in page two of this judgment. The sentence is imposed under Title 18, United States Code § 3553(a), taking the guidelines issued by the United States Sentencing Commission under Title 28, United States Code § 994(a)(1), as advisory only.

The defendant shall pay immediately a special assessment of $100.00 for count one of the one-count indictment.

The defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Sentence imposed August 11, 2022.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

Signed August 12, 2022.

Case 4:21-cr-00164-Y   Document 47   Filed 08/12/22   Page 2 of 3   PageID 123

Judgment in a Criminal Case  
Defendant: Hyun Ji Martin  
Case Number:  4:21-CR-164-Y(1)                                                                                                                         Judgment -- Page **2** of **3**

## IMPRISONMENT

The defendant, Hyun Ji Martin, is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of 151 months on count one of the one-count indictment.

The Court recommends that the defendant be incarcerated at a facility in either the Eastern District of Texas or the Northern District of Texas, as close to Marshall, Texas, as possible.  The Court further recommends that the defendant be enrolled in the Institution Residential Drug Abuse Treatment Program, if eligible.

The defendant is remanded to the custody of the United States marshal.

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years on count one of the one-count indictment.

In the event the defendant is not deported upon release from imprisonment, or should the defendant ever be within the United States during any portion of the term of supervised release, the defendant, while on supervised release, shall comply with the standard conditions recommended by the U. S. Sentencing Commission at §5D1.3(c) of the United States Sentencing Commission Guidelines Manual, and shall:

- not commit another federal, state, or local crime;

- not possess illegal controlled substances;

- not possess a firearm, destructive device, or other dangerous weapons;

- cooperate in the collection of DNA as directed by the probation officer, as authorized by the Justice for All Act of 2004;

- report in person to the probation office in the district to which the defendant is released from the custody of the Federal Bureau of Prisons, or in which the defendant makes entry into the United States, within 72 hours of release or entry;

- not illegally re-enter the United States, if deported, removed, or allowed voluntary departure;

- refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court; and

- participate in an outpatient program approved by the probation officer for treatment of narcotic or drug or alcohol dependency that will include testing for the detection of substance use, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment, contributing to the costs of services rendered (copayment) at the rate of at least $25.00 per month.

## FINE/RESTITUTION

The Court does not order a fine or costs of incarceration because the defendant does not have the financial resources or future earning capacity to pay a fine or costs of incarceration.

Restitution is not ordered because there is no victim other than society at large.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
United States marshal

BY _____
　　　　　　　　deputy marshal